# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:09-cr-0523-KJD-LRL |
| v. | ) | |
| | ) | **MINUTE ORDER** |
| DAVID KLUCKA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Dated:  July 29, 2010 |

PRESENT:   THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:    Carol DePino     RECORDER:                      None

COUNSEL FOR THE UNITED STATES:              None Appearing

COUNSEL FOR THE DEFENDANT(S):              None Appearing

On July 28, 2010, the defendant filed three documents in proper person:

1. A motion to dismiss for lack of a "proscuttable" (sic) case (#55);
2. A motion to be place on court calendar (#56); and
3. A motion to dismiss for lack of evidence (#57).

The two motions to dismiss are already before the court.  They were filed on July 20, 2010.  *See* ##50 and 51.  The government's responses to those motions are to be filed by August 2, 2010.  The court has already granted a motion to place the motions to dismiss on calendar.  That motion was also filed on July 20, 2010.  *See* #52.  All the motions filed on July 28, 2010 are duplicative of the above-referenced earlier filed motions.  Accordingly,

IT IS ORDERED that #55 and #56 are stricken.

IT IS FURTHER ORDERED that #57 is stricken except for page 1 of the electronically filed document, which is a letter addressed to Judge Dawson.  The Clerk of Court will submit the letter to Judge Dawson for his consideration.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**