# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:09-cr-523 KJD-LRL |
| DAVID KLUCKA, | ) | |
| Defendant. | ) | **ORDER** |

On June 2, 2011, the Federal Public Defender was appointed to represent David Klucka. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Todd Leventhal, Esq. is APPOINTED as counsel for David Klucka in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Leventhal forthwith.

DATED this 14th day of June, 2011.
Nunc Pro Tunc: June 13, 2011.

_____
Kent J. Dawson
UNITED STATES DISTRICT JUDGE