1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7 * * *

8  UNITED STATES OF AMERICA,                    )
                                               )
9              Plaintiff,                       )
                                               )
10  vs.                                         )        2:09-cr-523 KJD-LRL
                                               )
11  DAVID KLUCKA,                               )
                                               )
12             Defendant.                       )        **ORDER**
   _____)

13

14        On June 14, 2011, Todd Leventhal, Esq. was appointed to represent David Klucka.  The

15  defendant has orally moved that new counsel be appointed;

16        IT IS HEREBY ORDERED that the defendant's oral motion for appointment of new counsel

17  is granted.

18        IT IS FURTHER ORDERED that Terrence Jackson, Esq. is appointed as counsel for

19  David Klucka in place of Todd Leventhal, Esq. for all future proceedings.

20        Mr. Leventhal shall forward the file to Mr. Jackson forthwith.

21        DATED  this __29th__ day of June, 2011.

22        Nunc Pro Tunc: June 29, 2011.

23

24                                              _____

25                                              Lawrence R. Leavitt
                                               UNITED STATES MAGISTRATE  JUDGE
26

27

28