**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:09-cr-523 KJD-LRL |
| DAVID KLUCKA, | ) | |
| Defendant. | ) | **ORDER** |

On August 4, 2011, the Court granted the "Motion to Withdraw" (#176) submitted by Terrence Jackson, Esq. Therefore;

IT IS HEREBY ORDERED that Melanie A. Hill, Esq. is appointed as counsel for David Klucka in place of Terrence Jackson, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Jackson shall forward the file to Ms. Hill forthwith

DATED this 5th day of August, 2011.

_____
Lawrence R. Leavitt
UNITED STATES MAGISTRATE JUDGE